UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KHURRAM SHAHZAD,

    Petitioner,

v.

THOMAS DECKER, *et al.*

    Respondents.

No.: 1:21-cv-08602-LGS

~~PROPOSED~~ ORDER

Whereas the petitioner brought this habeas action under 28 U.S.C. § 2241 challenging his detention by U.S. Immigration and Customs Enforcement and is seeking an order from this Court requiring that he be released or be given a constitutionally adequate bond hearing; and

Whereas Petitioner has been released from the custody of Immigration and Customs Enforcement; therefore

IT IS HEREBY ORDERED, that this action is dismissed without prejudice and without costs or attorney's fees to either party.

Dated: January 10, 2022
      New York, New York

SO ORDERED:

*/s/ Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**